IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00420-RJC-DSC

| | |
|---|---|
| MICHAEL MILES, ANTHONY CLARY AND CHARLES MELVIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER**<br>) |
| BLACK OPS PROTECTION AGENCY LLC, | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Defendant to Respond to Discovery Requests" (document #10) filed June 19, 2020. Defendant has not responded to the Motion and the time for filing a response has expired.

The Court has carefully reviewed the Motion, the record and the authorities. On January 24, 2020, Plaintiffs served their First Interrogatories and First Requests for Production of Documents. On February 19, 2020, counsel for Defendant requested a thirty day extension of time to respond to Plaintiffs' discovery requests. Counsel for Plaintiffs agreed to the extension, making Defendant's responses due on or before April 2, 2020. On May 4, 2020, Defendant's counsel acknowledged to Plaintiffs' counsel via email that Defendant's responses were late and informed counsel that Defendant would either file bankruptcy or respond to Plaintiffs' discovery requests by May 8, 2020. As of the date of the filing of the instant Motion, Defendant has not provided any responses to Plaintiffs' discovery requests. For those and the other reasons set forth therein, the Motion will be granted.

**NOW THEREFORE IT IS HEREBY ORDERED that**:

1. "Plaintiffs' Motion to Compel Defendant to Respond to Discovery Requests" (document # 10) is **GRANTED**. Within twenty-one days of this Order, Defendant shall make complete responses without objection to Plaintiffs' First Interrogatories and First Request for Production.

2. The parties shall bear their own costs <u>at this time</u>.

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 17, 2020

David S. Cayer
United States Magistrate Judge